DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS KIRBY BIRT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-521 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING, TO ORDER PRE-PLEA |
| | ) | REPORT, AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| THOMAS BIRT, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on January 14, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. The parties further agree that a pre-plea report would be productive in this case to calculate the advisory sentencing guidelines and to calculate Mr. Birt's criminal history. The United States Probation Office has agreed to prepare a pre-plea report if the Court so orders and requests six weeks to prepare the report.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 14, 2008, be continued until March 3, 2008. In addition, the parties stipulate that the time period from January 14, 2008, to March 3, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and to obtain the pre-plea report.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: January 14, 2008

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

 /s/Lexi Negin for Richard Bender          /s/ Lexi Negin
Richard Bender                                          LEXI NEGIN
Assistant U.S. Attorney                            Assistant Federal Defender
Attorney for United States                       Attorney for Thomas Birt

## ORDER

For the reasons set forth in the stipulation of the parties, filed on January 14, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 14, 2008, be vacated and that the case be set for Monday, March 3, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 14, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 8, 2008, through March 3, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare a pre-plea report to calculate Mr. Birt's offense level and criminal history.

Dated: January 14, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE